CORA VAN DEUSEN, as Administratrix of the Estate of WILLIAM VAN DEUSEN, Deceased, Appellant, *v.* THE RUHTZ-PIKE ENGINEERING AND CONSTRUCTION CORPORATION, Respondent.

(Submitted October 2, 1933; decided October 10, 1933.)

*George B. Smith* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.